**FILED**

April 8, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      VJP
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.:  **DR:26-CR-00827-AM** |
| v. | § § | **INDICTMENT** |
| MAYKOL JAVIER VAQUEDANO-MACHADO, | § § § § § | [COUNT 1: 18 U.S.C. § 111(a)(1): Assaulting, Resisting or Impeding Certain Officers or Employees.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 111(a)(1)]

On or about March 11, 2026, in the Western District of Texas, Defendant,

MAYKOL JAVIER VAQUEDANO-MACHADO,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J.L. and United States Border Patrol Processing Coordinator S.A., who are officers and employees of an agency of the United States, while said agent and processing coordinator were engaged in and on account of the performance of their official duties, and such acts involved physical contact with said agents, all in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.



JUSTIN R. SIMMONS
United States Attorney

By: _____

CARLI TUTTLE
Assistant United States Attorney